# **Exhibit B**

```
                    TRANSMISSION VERIFICATION REPORT

                                          TIME   : 10/13/2015 15:48
                                          NAME   :
                                          FAX    : 2123328301
                                          TEL    : 2123328300
                                          SER.#  : 000F8N596083


    DATE,TIME                  10/13  15:47
    FAX NO./NAME               918594253379
    DURATION                   00:00:54
    PAGE(S)                    03
    RESULT                     OK
    MODE                       STANDARD
                               ECM
```

# aetna® Member Complaint and Appeal Form

**NOTE:** Completion of this form is voluntary. To obtain a review, you or your authorized representative may also call our Member Services Department using the telephone number displayed on the member ID card or submit a request in writing to the address listed at the end of your Explanation of Benefits (EOB) or other correspondence received from Aetna.

*Please provide the following information for the primary Insured/Member.*
*(This information may be found on the front of your ID card.)*

| Today's Date | Member's ID Number | Plan Type | Member's Group Number *(Optional)* |
|---|---|---|---|
| October 13, 2015 | W2072 75663 | ☑ Medical  ☐ Dental | 708462-010-00701 |

| Member's First Name | Member's Last Name | Member's Birthdate *(MM/DD/YYYY)* |
|---|---|---|
| William | Dunnegan | 04/15/1958 |

| Member's E-mail Address |
|---|
| wd@Dunnegan.com |

*Please provide the following information for the person you are submitting the request for.*

| First Name | Last Name | Birthdate *(MM/DD/YYYY)* |
|---|---|---|
| Jacqueline | Fisher | 11/04/1955 |

Relationship to person requesting the appeal:
☐ Self   ☑ Spouse   ☐ Child   ☐ Other _____

**Note:** If your selection is spouse, child (18 years of age or older) or other, please complete and include the attached Authorized Representative Form with your request.

Please advise if the appeal is related to:
☐ Pre-Service   ☑ Post Service

To help Aetna review and respond to your request, please provide the following information.
*(This information may be found on correspondence from Aetna.)*

| Claim ID Number (If Post Service selected above.) | Reference Number (If Pre-Service selected above.) | Service Date (If Post Service insert date of services, if Pre-Service insert date of denial.) |
|---|---|---|
| See Exhibit A | N/A | See Exhibit A |

Explanation of Your Request *(Please use additional pages if necessary.)*

For claims 25, 35, 42, 49 and 60 on Exhibit A, Aetna should have paid the difference between the cost of the generic for Effexor and the $10 copay for the generic. For claim 66 and continuing through the end of the year, Aetna should have paid 100% because the individual met her individual out of pocket limit by that time.

Member's Signature  *[signed] William Dunnegan*

**Note:** When submitting this form with your request please include:  – Bills and/or correspondence for these services.
– Any other helpful information.

You may mail your request to:   Aetna
PO Box 14463
Lexington, KY 40512

Or use our National Fax Number:   859-425-3379CRTM

GR-68192 (9-14) E                                                                                                                      R-POD

2015 Aetna

| Claim No. | Date | Claim type | paid out-of-pocket | Person | Out Network |
|---|---|---|---|---|---|
| 1 | 1/6/2015 | Pharmacy | 10.00 | JF | |
| 2 | 1/6/2015 | Pharmacy | 10.00 | JF | |
| 3 | 1/10/2015 | Pharmacy | 10.00 | JF | |
| 4 | 1/15/2015 | Pharmacy | 9.91 | JF | |
| 5 | 1/17/2015 | Pharmacy | 12.82 | JF | |
| 6 | 1/25/2014 | Pharmacy | 117.91 | JF | |
| 7 | 1/26/2015 | Pharmacy | 551.86 | JF | |
| 8 | 2/9/2015 | Pharmacy | 12.77 | JF | |
| 9 | 2/10/2015 | Pharmacy | 12.17 | JF | |
| 10 | 2/10/2015 | Medical | | JF | 225 |
| 11 | 2/16/2015 | Pharmacy | 9.41 | JF | |
| 12 | 2/20/2015 | Pharmacy | 12.08 | JF | |
| 13 | 2/20/2015 | Pharmacy | 19.95 | JF | |
| 14 | 2/25/2015 | Pharmacy | 540.11 | JF | |
| 15 | 3/6/2015 | Pharmacy | 115.03 | JF | |
| 16 | 3/13/2015 | Pharmacy | 12.17 | JF | |
| 17 | 3/14/2015 | Pharmacy | 12.27 | JF | |
| 18 | 3/27/2015 | Pharmacy | 9.41 | JF | |
| 19 | 3/27/2015 | Pharmacy | 540.11 | JF | 2017.98 indiviual De |
| 20 | 3/27/2015 | Pharmacy | 12.08 | JF | |
| 21 | 4/3/2015 | Pharmacy | 137.76 | JF | |
| 22 | 4/8/2015 | Pharmacy | 19.95 | JF | |
| 23 | 4/13/2015 | Pharmacy | 12.17 | JF | |
| 24 | 4/14/2015 | Pharmacy | 12.27 | JF | |
| 25 | 4/24/2015 | Pharmacy | 540.11 | JF | |
| 26 | 4/24/2015 | Medical | 14.99 | JF | |
| 27 | 4/27/2015 | Medical | 376.62 | JF | |
| 28 | 4/27/2015 | Pharmacy | 12.08 | JF | |
| 29 | 4/27/2015 | Pharmacy | 9.41 | JF | |
| 30 | 4/29/2015 | Medical | 12.38 | JF | |
| 31 | 5/4/2015 | Pharmacy | 90.61 | JF | |
| 32 | 5/12/2015 | Medical | | JF | 225 |
| 33 | 5/13/2015 | Pharmacy | 10.00 | JF | |
| 34 | 5/19/2015 | Pharmacy | 10.00 | JF | |
| 35 | 5/27/2015 | Pharmacy | 540.11 | JF | |
| 36 | 5/29/2015 | Pharmacy | 12.08 | JF | |
| 37 | 5/29/2015 | Pharmacy | 9.41 | JF | |
| 38 | 6/1/2015 | Pharmacy | 68.88 | JF | |
| 39 | 6/8/2015 | Pharmacy | 10.00 | JF | |

| #  | Date      | Type     | Amount | Init. | Other |
|----|-----------|----------|--------|-------|-------|
| 40 | 6/11/2015 | Pharmacy | 10.00  | JF    |       |
| 41 | 6/17/2015 | Pharmacy | 10.00  | JF    |       |
| 42 | 6/26/2015 | Pharmacy | 590.97 | JF    |       |
| 43 | 6/29/2015 | Pharmacy | 9.41   | JF    |       |
| 44 | 6/29/2015 | Pharmacy | 68.88  | JF    |       |
| 45 | 7/1/2015  | Pharmacy | 6.04   | JF    |       |
| 46 | 7/11/2015 | Pharmacy | 10.00  | JF    |       |
| 47 | 7/13/2015 | Medical  | 0.00   | JF    |       |
| 48 | 7/21/2015 | Pharmacy | 10.00  | JF    |       |
| 49 | 7/27/2015 | Pharmacy | 590.97 | JF    |       |
| 50 | 7/27/2015 | Pharmacy | 68.88  | JF    |       |
| 51 | 7/27/2015 | Pharmacy | 9.41   | JF    |       |
| 52 | 8/4/2015  | Pharmacy | 8.88   | JF    |       |
| 53 | 8/9/2015  | Pharmacy | 10.00  | JF    |       |
| 54 | 8/12/2015 | Pharmacy | 10.00  | JF    |       |
| 55 | 8/24/2015 | Pharmacy | 10.00  | JF    |       |
| 56 | 8/25/2015 | Medical  | 5.51   | JF    |       |
| 57 | 8/26/2015 | Medical  |        | JF    | 225   |
| 58 | 8/28/2015 | Pharmacy | 68.88  | JF    |       |
| 59 | 8/28/2015 | Pharmacy | 9.41   | JF    |       |
| 60 | 8/31/2015 | Pharmacy | 590.97 | JF    |       |
|    |           |          | Individual Out of Pocket | | 6027.1 |
| 61 | 9/1/2015  | Medical  | 21.35  | JF    |       |
| 62 | 9/9/2015  | Pharmacy | 8.88   | JF    |       |
| 63 | 9/10/2015 | Pharmacy | 10.00  | JF    |       |
| 64 | 9/23/2015 | Pharmacy | 68.88  | JF    |       |
| 65 | 9/28/2015 | Pharmacy | 10.00  | JF    |       |
| 66 | 9/28/2015 | Pharmacy | 590.97 | JF    |       |
|    | Total     |          | 6737.18 |      |       |