UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE FISHER,

                      Plaintiff,

-v-

AETNA LIFE INSURANCE COMPANY,

                      Defendant.

No. 16-cv-144 (RJS)
JUDGMENT

RICHARD J. SULLIVAN, Circuit Judge:

For the reasons set forth in the Court's order dated March 31, 2019 (Doc. No. 77), and the Court's opinion and order dated October 5, 2020 (Doc. No. 91), IT IS HEREBY ORDERED THAT (i) judgment is entered in favor of Defendant Aetna Life Insurance Company and against Plaintiff Jacqueline Fisher on Fisher's claims for compensatory damages and (ii) judgment is entered in favor of Plaintiff Jacqueline Fisher and against Defendant Aetna Life Insurance Company in the amount of $15,028.38 in attorney's fees and $400 in costs, for a total of $15,428.38.

SO ORDERED.

Dated:    October 14, 2020
              New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation