UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE FISHER,

                Plaintiff,

-v-                                          No. 16-cv-144 (RJS)
                                                        ORDER

AETNA LIFE INSURANCE CO.,

                Defendant.

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of Defendant's motion for attorneys' fees. (Doc. Nos. 95, 96, 97). IT IS HEREBY ORDERED THAT Plaintiff shall file her response by June 3, 2022. IT IS FURTHER ORDERED THAT Defendant shall file its reply, if any, by June 17, 2022.

SO ORDERED.

Dated:     May 18, 2022
              New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation