UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE FISHER,

    Plaintiff,

-v-

AETNA LIFE INSURANCE COMPANY,

    Defendant.

Case No. 1:16-cv-00144-RJS

ORDER

The Court is in receipt of the parties' Notice of Settlement and Withdrawal of Aetna's Motion for Attorneys' Fees. (Doc. No. 100.) Accordingly, IT IS HEREBY ORDERED THAT Aetna's Motion for Attorneys' Fees (Doc. No. 95) is DENIED AS MOOT.

SO ORDERED.

Date: June 3, 2022

Hon. Richard J. Sullivan
United States Circuit Judge
Sitting by Designation